**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF SOUTH CAROLINA

Case number *(if known)* _____

Chapter you are filing under:

☐ Chapter 7
■ Chapter 11
☐ Chapter 12
☐ Chapter 13

**Filed By The Court**

01/05/25 9:32 p.m.
U.S. BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

☐ Check if this is an amended filing

## Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy

06/24

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- | --- |
| 1. | **Your full name** | | |
| | Write the name that is on your government-issued picture identification (for example, your driver's license or passport). | **Kevin** <br> First name | First name |
| | | **Scott** <br> Middle name | Middle name |
| | Bring your picture identification to your meeting with the trustee. | **Murdock** <br> Last name and Suffix (Sr., Jr., II, III) | Last name and Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years** <br><br> Include your married or maiden names and any assumed, trade names and *doing business as* names. <br><br> Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | | |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-8595 | |

Debtor 1    **Kevin Scott Murdock**                                                Case number *(if known)*

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4.** **Your Employer Identification Number (EIN), if any.** | _____<br>EIN | _____<br>EIN |

**5.    Where you live**

**118 James Street**
**Greenville, SC 29609**
Number, Street, City, State & ZIP Code

**Greenville**
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number, P.O. Box, Street, City, State & ZIP Code

*If Debtor 2 lives at a different address:*

_____
Number, Street, City, State & ZIP Code

_____
County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

_____
Number, P.O. Box, Street, City, State & ZIP Code

**6.    Why you are choosing *this district* to file for bankruptcy**

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

_____

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

_____

Debtor 1   **Kevin Scott Murdock**                                    Case number *(if known)*

| Part 2: | Tell the Court About Your Bankruptcy Case |
|---|---|

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

- ☐ Chapter 7
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8.** **How you will pay the fee**

■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.** **Have you filed for bankruptcy within the last 8 years?**

■ No.
☐ Yes.

| | | | | |
|---|---|---|---|---|
| District | _____ | When | _____ | Case number _____ |
| District | _____ | When | _____ | Case number _____ |
| District | _____ | When | _____ | Case number _____ |

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

■ No
☐ Yes.

| | | | | |
|---|---|---|---|---|
| Debtor | _____ | | Relationship to you | _____ |
| District | _____ | When | Case number, if known | _____ |
| Debtor | _____ | | Relationship to you | _____ |
| District | _____ | When | Case number, if known | _____ |

**11.** **Do you rent your residence?**

■ No.    Go to line 12.
☐ Yes.   Has your landlord obtained an eviction judgment against you?

☐ No. Go to line 12.

☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Case 25-00037-hb    Doc 1    Filed 01/05/25    Entered 01/06/25 10:14:02    Desc Main
Document    Page 4 of 35

Debtor 1   **Kevin Scott Murdock**                                    Case number *(if known)*

---

**Part 3:**   **Report About Any Businesses You Own as a Sole Proprietor**

**12.** **Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

■ No.   Go to Part 4.

☐ Yes.   Name and location of business

_____
Name of business, if any

_____

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐   Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐   Single Asset Real Estate (as defined in 11 U.S.C. 101(51B))

☐   Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐   Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐   None of the above

---

**13.** **Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor*?**
For a definition of *small business debtor,* see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☐ No.   I am not filing under Chapter 11.

■ No.   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.   I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.   I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

---

**Part 4:**   **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention**

**14.** **Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.   What is the hazard?   _____

If immediate attention is needed, why is it needed?   _____

Where is the property?   _____

_____
Number, Street, City, State & Zip Code

---

Debtor 1    **Kevin Scott Murdock**

Case number *(if known)*

| **Part 5:** | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

  ☐ **Incapacity.**
  I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

  ☐ **Disability.**
  My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

  ☐ **Active duty.**
  I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

  ☐ **Incapacity.**
  I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

  ☐ **Disability.**
  My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

  ☐ **Active duty.**
  I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1    **Kevin Scott Murdock**                                                 Case number *(if known)*

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16. What kind of debts do you have?**

**16a.** **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ No. Go to line 16b.

☐ Yes. Go to line 17.

**16b.** **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☑ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts

_____

**17. Are you filing under Chapter 7?**

☑ No.    I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes.    I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☐ Yes

**18. How many Creditors do you estimate that you owe?**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☑ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**19. How much do you estimate your assets to be worth?**

| | | |
|---|---|---|
| ☑ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**20. How much do you estimate your liabilities to be?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Kevin Scott Murdock**

_____           _____
**Kevin Scott Murdock**                              Signature of Debtor 2
Signature of Debtor 1

Executed on    **1/05/2025**                         Executed on    _____
                MM / DD / YYYY                                       MM / DD / YYYY

Debtor 1    **Kevin Scott Murdock**                                              Case number *(if known)*

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ Robert H. Cooper**                                    Date    **1/05/2025**

Signature of Attorney for Debtor                                      MM / DD / YYYY

**Robert H. Cooper 05670**

Printed name

**The Cooper Law Firm**

Firm name

**1610 Gowdeysville Road**
**Gaffney, SC 29340**

Number, Street, City, State & ZIP Code

Contact phone    **864-271-9911**                    Email address    **rhcooper@thecooperlawfirm.com**

**05670 SC**

Bar number & State

---

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Kevin Scott Murdock** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA |
| Case number | |
| (if known) | |

☐ Check if this is an
   amended filing

## B 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders
12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:    List the 20 Unsecured Claims in Order from Largest to Smallest.  Do Not Include Claims by Insiders.**

| | | | **Unsecured claim** |
|---|---|---|---|
| **1** | | | |
| Acumen IT<br>3620 Pelham Road<br>Greenville, SC 29615 | **What is the nature of the claim?** | **Business Debt with possible Personal Guarantee** | $0.00 |
| | **As of the date you file, the claim is:** Check all that apply | | |
| | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>■ None of the above apply | | |
| _____<br>_____<br>Contact<br>_____<br>Contact phone | **Does the creditor have a lien on your property?**<br><br>■ No<br>☐ Yes. Total claim (secured and unsecured)<br>Value of security:<br>Unsecured claim | - _____<br>_____ | |
| **2** | | | |
| Adams and Reese LLP<br>Dept 5208<br>Birmingham, AL 35287 | **What is the nature of the claim?** | **Business Debt with possible Personal Guarantee** | $0.00 |
| | **As of the date you file, the claim is:** Check all that apply | | |
| | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>■ None of the above apply | | |
| _____ | **Does the creditor have a lien on your property?** | | |

| Debtor 1 | **Kevin Scott Murdock** | Case number *(if known)* | |

| Contact | | ☑ | No |
| | | ☐ | Yes. Total claim (secured and unsecured) |
| Contact phone | | | Value of security: |
| | | | Unsecured claim |

---

| 3 | | What is the nature of the claim? | **Business Debt with possible Personal Guarantee** | $0.00 |

**ADITXT**
**737 N 5th St**
**Richmond, VA 23219**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured)
  Value of security:
  Unsecured claim

Contact

Contact phone

---

| 4 | | What is the nature of the claim? | **Business Debt with possible Personal Guarantee** | $0.00 |

**ADL Health**
**14220 Northbrook Drive Ste 600**
**San Antonio, TX 78232**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured)
  Value of security:
  Unsecured claim

Contact

Contact phone

---

| 5 | | What is the nature of the claim? | **Business Debt with possible Personal Guarantee** | $0.00 |

**Agilent Technologies**
**4187 Collections Center Dr**
**Chicago, IL 60693**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured)
  Value of security:
  Unsecured claim

Contact

Contact phone

---

| Debtor 1 | **Kevin Scott Murdock** | Case number *(if known)* | |
|---|---|---|---|

---

**6**

**Air Science LLC**
**120 6th St**
**Fort Myers, FL 33907**

**What is the nature of the claim?**    **Business Debt with possible Personal Guarantee**    $0.00

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

**Does the creditor have a lien on your property?**
- ☑ No
- ☐ Yes. Total claim (secured and unsecured)
    Value of security:    -
    Unsecured claim

Contact

Contact phone

---

**7**

**American Laboratory Solutions**
**500 Bucksley Lane**
**Daniels Island, SC 29492**

**What is the nature of the claim?**    **Business Debt with possible Personal Guarantee**    $0.00

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

**Does the creditor have a lien on your property?**
- ☑ No
- ☐ Yes. Total claim (secured and unsecured)
    Value of security:    -
    Unsecured claim

Contact

Contact phone

---

**8**

**Ametek Powervar**
**32806 Collectiin Center Dr**
**Chicago, IL 60693**

**What is the nature of the claim?**    **Business Debt with possible Personal Guarantee**    $0.00

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

**Does the creditor have a lien on your property?**
- ☑ No
- ☐ Yes. Total claim (secured and unsecured)
    Value of security:    -
    Unsecured claim

Contact

Contact phone

---

**9**

**Amex**
**Correspondence/Bankruptcy**

**What is the nature of the claim?**    **Credit Card**    $2,812.00

---

Debtor 1    **Kevin Scott Murdock** _____    Case number *(if known)* _____

**Po Box 981535**
**El Paso, TX 79998**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☒ None of the above apply

_____

_____
Contact

_____
Contact phone

**Does the creditor have a lien on your property?**

- ☒ No
- ☐ Yes. Total claim (secured and unsecured)

Value of security:    - _____
Unsecured claim    _____

---

| 10 | | |

**AP Professional Security LLC**
**300 Pettigru St Ste 20.**
**Greenville, SC 29601**

**What is the nature of the claim?**    **Business Debt with possible Personal Guarantee**    **$0.00**

_____    _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☒ None of the above apply

_____

_____
Contact

_____
Contact phone

**Does the creditor have a lien on your property?**

- ☒ No
- ☐ Yes. Total claim (secured and unsecured)

Value of security:    - _____
Unsecured claim    _____

---

| 11 | | |

**April Julian**
**176 Pearson Rd**
**Belton, SC 29627**

**What is the nature of the claim?**    **Business Debt with possible Personal Guarantee**    **$0.00**

_____    _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☒ None of the above apply

_____

_____
Contact

_____
Contact phone

**Does the creditor have a lien on your property?**

- ☒ No
- ☐ Yes. Total claim (secured and unsecured)

Value of security:    - _____
Unsecured claim    _____

---

| 12 | | |

**Arkstone**
**135 Rockaway Turnpike Ste 111**
**Lawrence, NY 11559**

**What is the nature of the claim?**    **Business Debt with possible Personal Guarantee**    **$0.00**

_____    _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☒ None of the above apply

Debtor 1    **Kevin Scott Murdock** _____    Case number *(if known)* _____

---

_____    **Does the creditor have a lien on your property?**

_____    ■ No

Contact    ☐ Yes. Total claim (secured and unsecured)    _____

Contact phone    Value of security:    - _____
    Unsecured claim    _____

---

**13**    **What is the nature of the claim?**    **Collection Attorney St.**    **$513.00**
    **Francis Hospital Inc**
    **Mob**

**AssetCare**
**Attn: Bankruptcy**    **As of the date you file, the claim is:** Check all that apply
**3400 Texoma Parkway, Suite 300**    ☐    Contingent
**Sherman, TX 75090**    ☐    Unliquidated
    ☐    Disputed
    ■    None of the above apply

_____    **Does the creditor have a lien on your property?**

_____    ■ No

Contact    ☐ Yes. Total claim (secured and unsecured)    _____

Contact phone    Value of security:    - _____
    Unsecured claim    _____

---

**14**    **What is the nature of the claim?**    **Business Debt with**    **$0.00**
    **possible Personal**
    **Guarantee**

**Associated Receivables Funding**    **As of the date you file, the claim is:** Check all that apply
**c/o Townes Johnson, Esq.**    ☐    Contingent
**PO Box 9246**    ☐    Unliquidated
**Greenville, SC 29604**    ☐    Disputed
    ■    None of the above apply

_____    **Does the creditor have a lien on your property?**

_____    ■ No

Contact    ☐ Yes. Total claim (secured and unsecured)    _____

Contact phone    Value of security:    - _____
    Unsecured claim    _____

---

**15**    **What is the nature of the claim?**    **Business Debt with**    **$0.00**
    **possible Personal**
    **Guarantee**

**Assurance Lab Consulting**    **As of the date you file, the claim is:** Check all that apply
**2868 Action Rd Ste 207**    ☐    Contingent
**Birmingham, AL 35243**    ☐    Unliquidated
    ☐    Disputed
    ■    None of the above apply

_____    **Does the creditor have a lien on your property?**

_____    ■ No

Contact    ☐ Yes. Total claim (secured and unsecured)    _____

---

| Debtor 1 | **Kevin Scott Murdock** | Case number *(if known)* | |
|---|---|---|---|

| | | |
|---|---|---|
| Contact phone | Value of security: | - _____ |
| | Unsecured claim | _____ |

---

**16**

**AVIOQ INC**
**104 T.W. Alexander Dr**
**Research Triangle PA, NC 27709**

What is the nature of the claim?　**Business Debt with possible Personal Guarantee**　$0.00

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

Does the creditor have a lien on your property?
- ☑ No
- ☐ Yes. Total claim (secured and unsecured)

Contact
Value of security: - _____
Contact phone
Unsecured claim _____

---

**17**

**BAEBIES INC**
**PO Box 14403**
**Durham, NC 27709**

What is the nature of the claim?　**Business Debt with possible Personal Guarantee**　$0.00

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

Does the creditor have a lien on your property?
- ☑ No
- ☐ Yes. Total claim (secured and unsecured)

Contact
Value of security: - _____
Contact phone
Unsecured claim _____

---

**18**

**Kudzu Staffing Inc**
**PO Box 51627**
**Powdersville, SC 29673**

What is the nature of the claim?　**Business Debt with possible Personal Guarantee**　$105,199.00

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

Does the creditor have a lien on your property?
- ☑ No
- ☐ Yes. Total claim (secured and unsecured)

Contact
Value of security: - _____
Contact phone
Unsecured claim _____

---

**19**

What is the nature of the claim?　**Real Estate Mortgage**　$289,200.00

---

Debtor 1    **Kevin Scott Murdock** _____    Case number *(if known)* _____

**Specialized Loan Servicing LLC**
**Attn: Bankruptcy**
**P.O. Box 630147**
**Littleton, CO 80163**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**

- ☐ No
- ■ Yes. Total claim (secured and unsecured)     **$289,200.00**
- Value of security:     - **Unknown**
- Unsecured claim     **$289,200.00**

_____

_____

Contact
_____

Contact phone
_____

---

**20**

**Wells Fargo Bank NA**
**Attn: Bankruptcy**
**1 Home Campus Mac X2303-01a**
**3rd Floor**
**Des Moines, IA 50328**

What is the nature of the claim?     **Credit Card**     **$309.00**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**

- ■ No
- ☐ Yes. Total claim (secured and unsecured)
- Value of security:     - _____
- Unsecured claim     _____

_____

Contact
_____

Contact phone
_____

---

**Part 2:    Sign Below**

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

X    **/s/ Kevin Scott Murdock** _____        X    _____
**Kevin Scott Murdock**                                   Signature of Debtor 2
Signature of Debtor 1

Date    **1/05/2025** _____        Date    _____

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

This notice is for you if:

You are an individual filing for bankruptcy, and

Your debts are primarily consumer debts. *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

Chapter 7 - Liquidation

Chapter 11 - Reorganization

Chapter 12 - Voluntary repayment plan for family farmers or fishermen

Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | Liquidation |
|---|---|
| $245 | filing fee |
| $78 | administrative fee |
| + $15 | trustee surcharge |
| $338 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

most taxes;

most student loans;

domestic support and property settlement obligations;

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

|   | $1,167 | filing fee |
|---|---|---|
| + | $571 | administrative fee |
|   | $1,738 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

---

### Chapter 12: Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
|---|---|---|
| + | $78 | administrative fee |
|   | $278 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

---

### Chapter 13: Repayment plan for individuals with regular income

|   | $235 | filing fee |
|---|---|---|
| + | $78 | administrative fee |
|   | $313 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

  domestic support obligations,

  most student loans,

  certain taxes,

  debts for fraud or theft,

  debts for fraud or defalcation while acting in a fiduciary capacity,

  most criminal fines and restitution obligations,

  certain debts that are not listed in your bankruptcy papers,

  certain debts for acts that caused death or personal injury, and

  certain long-term secured debts.

---

### Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/forms/bankruptcy-forms

---

### Bankruptcy crimes have serious consequences

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

### Make sure the court has your mailing address

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case.* If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

### Understand which services you could receive from credit counseling agencies

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days **before** you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

In Alabama and North Carolina, go to: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of South Carolina

In re  **Kevin Scott Murdock** _____    Case No. _____
Debtor(s)                          Chapter    **11** _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ............................................    $ _____**15,000.00**

Prior to the filing of this statement I have received ...........................    $ _____**15,000.00**

Balance Due ......................................................................................    $ _____**0.00**

2.  The source of the compensation paid to me was:

■ Debtor    ☐ Other (specify):

3.  The source of compensation to be paid to me is:

■ Debtor    ☐ Other (specify):

4.  ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]
**Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
**Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**1/05/2025** _____    **/s/ Robert H. Cooper**
*Date*                                             **Robert H. Cooper 05670**
                                                   *Signature of Attorney*
                                                   **The Cooper Law Firm**
                                                   **1610 Gowdeysville Road**
                                                   **Gaffney, SC 29340**
                                                   **864-271-9911  Fax: 864-232-5236**
                                                   **rhcooper@thecooperlawfirm.com**
                                                   *Name of law firm*

---

LOCAL OFFICIAL FORM 1007-1(b) TO SC LBR 1007-1

# United States Bankruptcy Court
## District of South Carolina

In re    **Kevin Scott Murdock**

Debtor(s)

Case No.

Chapter    **11**

## CERTIFICATION VERIFYING CREDITOR MATRIX

The above named debtor, or attorney for the debtor if applicable, hereby certifies pursuant to South Carolina Local Bankruptcy Rule 1007-1 that the master mailing list of creditors submitted either on computer diskette, electronically filed via CM/ECF, or conventionally filed in a typed hard copy scannable format which has been compared to, and contains identical information to, the debtor's schedules, statements and lists which are being filed at this time or as they currently exist in draft form.

Master mailing list of creditors submitted via:

(a) _____ computer diskette

(b) _____ scannable hard copy
(number of sheets submitted _____)

(c) __X__ electronic version filed via CM/ECF

Date:    **1/05/2025**

**/s/ Kevin Scott Murdock**
**Kevin Scott Murdock**
Signature of Debtor

**/s/ Robert H. Cooper**
Signature of Attorney
**Robert H. Cooper**
**The Cooper Law Firm**
**1610 Gowdeysville Road**
**Gaffney, SC 29340**
**864-271-9911**
Typed/Printed Name/Address/Telephone

**05670 SC**
District Court I.D. Number

14 SOUTH MAIN, LLC
C/O MARY CASKEY
PO BOX 11889
COLUMBIA SC 29211


ACUMEN IT
3620 PELHAM ROAD
GREENVILLE SC 29615


ADAMS AND REESE LLP
DEPT 5208
BIRMINGHAM AL 35287


ADITXT
737 N 5TH ST
RICHMOND VA 23219


ADL HEALTH
14220 NORTHBROOK DRIVE STE 600
SAN ANTONIO TX 78232


AGILENT TECHNOLOGIES
4187 COLLECTIONS CENTER DR
CHICAGO IL 60693


AIR SCIENCE LLC
120 6TH ST
FORT MYERS FL 33907


AMBER GLIDEWELL
C/O CASSIDY COATES ET AL
PO BOX 10529
GREENVILLE SC 29603


AMERICAN LABORATORY SOLUTIONS
500 BUCKSLEY LANE
DANIELS ISLAND SC 29492


AMETEK POWERVAR
32806 COLLECTIIN CENTER DR
CHICAGO IL 60693

AMEX
CORRESPONDENCE/BANKRUPTCY
PO BOX 981535
EL PASO TX 79998


AP PROFESSIONAL SECURITY LLC
300 PETTIGRU ST STE 20.
GREENVILLE SC 29601


APRIL JULIAN
176 PEARSON RD
BELTON SC 29627


ARKSTONE
135 ROCKAWAY TURNPIKE STE 111
LAWRENCE NY 11559


ASSETCARE
ATTN: BANKRUPTCY
3400 TEXOMA PARKWAY, SUITE 300
SHERMAN TX 75090


ASSOCIATED RECEIVABLES FUNDING
C/O TOWNES JOHNSON, ESQ.
PO BOX 9246
GREENVILLE SC 29604


ASSURANCE LAB CONSULTING
2868 ACTION RD STE 207
BIRMINGHAM AL 35243


AVIOQ INC
104 T.W. ALEXANDER DR
RESEARCH TRIANGLE PA NC 27709


BAEBIES INC
PO BOX 14403
DURHAM NC 27709


BECKMAN COULTER
DEPT CH10164
PALATINE IL 60055

BIOMEDICAL REFRIGERATION SERVICES
2680 SOUTH LAKE DR
LEXINGTON SC 29073


BIOPURE ENVIRONMENTAL SERVICE
655H FAIRVIEW ROAD BOX 333
SIMPSONVILLE SC 29680


BIOSAFE SUPPLIES LLC
9436 SOUTHRIDGE PARK COURT
ORLANDO FL 32819


CARDMEMBER SERVICES
PO BOX 790408
SAINT LOUIS MO 63179


CAROLINA SHRED
1682 KATY LANE
FORT MILL SC 29708


CHERNOFF NEWMAN
1411 GERVAIS ST
COLUMBIA SC 29201


CITY OF GREENVILLE
PARKING ENFORCEMENT
GREENVILLE SC 29609


CLINICAL LAB SALES TRAINING LLC
10751 FOLKESTONE WAY
WOODSTOCK MD 21163


CLOUDFUND, LLC
400 REKKA BLVD, STE 165-101
SUFFERN NY 10901


CLSI
PO BOX 645766
PITTSBURGH PA 15264


COMMIT SERVICES INC
244 5TH AVE STE 1218
NEW YORK NY 10001

COMPLIANCELINE LLC
8615 CLIFF CAMERON DR STE 290
CHARLOTTE NC 28269


CPT MEDICAL, INC.
6000A PELHAM ROAD
GREENVILLE SC 29615


CT CORPORATION
PO BOX 4349
CAROL STREAM IL 60197


DASH COURIER SERVICE
PO BOX 11049
CHARLOTTE NC 28220


DATA MEDIA ASSOCIATES LLC
PO BOX 1052
COLUMBUS GA 31902


DIAZYME LABORATORIES
PO BOX 392165
PITTSBURGH PA 15251


DIVERSIFIED MEDICAL HEALTHCARE, INC.
6000A PELHAM ROAD
GREENVILLE SC 29615


DIVERSIFIED PROPERTIES 2, LLC
6000A PELHAM ROAD
GREENVILLE SC 29615


DIVERSIFIED PROPERTY VENTURES, LLC
6000A PELHAM ROAD
GREENVILLE SC 29615


DJO LLC
PO BOX 650777
DALLAS TX 75265


DNA GENOTEK
3000 500 PALLADIUM DR
OTTAWA ON K2C 3H4

DPX LABS LLC
19 TECHNOLOGY CIRCLE
COLUMBIA SC 29203


DRUG TESTING FOR LESS
1887 MCFARLAND PARKWAY
ALPHARETTA GA 30005


DUFFY & YOUNG LLC
96 BROAD STREET
CHARLESTON SC 29401


ECLINICALWORKS
PO BOX 847950
BOSTON MA 02284


ELAN CREDIT SERVICES
PO BOX 790408
SAINT LOUIS MO 63179


EMDS
PO BOX 679493
DALLAS TX 75267


ENVIRONMENTAL SAFETY PROFESSIONALS
7419 KNIGHTDALE BLVD STE 115
KNIGHTDALE NC 27545


EUROIMMUN US INC
1 BLOOMFIELD AVE
MOUNTAIN LAKES NJ 07046


EVOQUA WATER TECHNOLOGIES LLC
4450 TOWNSHIP LINE ROAD
SKIPPACK PA 19474


EXPERIAN HEALTH INC
PO BOX 846133
LOS ANGELES CA 90084


FEDEX
PO BOX 371461
PITTSBURGH PA 15250

FIRST CAROLINA HOLDINGS
C/O ZACHERY WEAVER, ESQ.
GALLIVAN, WHITE & BOYD
55 BEATTIE PLACE, STE 1200
GREENVILLE SC 29601


FIRST RELIANCE BANK
C/O RAY YARBOROUGH, ESQ.
201 GRAHAM STREET
FLORENCE SC 29501


FISHER HEALTHCARE
ATTN 001686
ATLANTA GA 30384


GENESEE SCIENTIFIC CORP
900 VERNON WAY
EL CAJON CA 92020


GREENVILLE COUNTY TAX ASSESSOR
301 UNIVERSITY RIDGE, STE 700
GREENVILLE SC 29601


GREENVILLE MEDICAL SUPPLY
3025 WILDRIDGE
MASSILLON OH 44646


GREENVILLE WATER SYSTEM
PO BOX 687
GREENVILLE SC 29602


GREINER BIO-ONE
4238 CAPITAL DRIVE
MONROE NC 28110


GS1 US INC
DEPT 781271
DETROIT MI 48278


HERMES HEALTH SCIENCE LLC
C/O STEPHEN M. COX, ESQ.
PO DRAWER 12070
ROCK HILL SC 29731

HILLARY MCGEE
148 GOLDEN POND DR
LEXINGTON SC 29073


HOFFMAN MECHANICAL SOLUTIONS
PO BOX 77319
GREENSBORO NC 27417


HUNTINGTON NATIONAL BANK
C/O JASON WYMAN, ESQ.
550 SOUTH MAIN STREET STE 400
GREENVILLE SC 29601


HYCOR BIOMEDICAL
PO BOX 51899
LOS ANGELES CA 90051


ILLUMINA INC
12864 COLLECTION CENTER DR
CHICAGO IL 60693


INTEGRATED DNA TECHNOLOGIES
PO BOX 74007330
CHICAGO IL 60674


INTEGRATED MICRO CHROMATOGRAPHY SYS
110 CENTRUM DR
IRMO SC 29063


INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA PA 19101-7346


INTUITIVE HEALTH LLC
104 AVALON COURT
CHAPIN SC 29036


IRS MDP 39
1835 ASSEMBLY ST, RM 469
COLUMBIA SC 29201


IVANTI
DEPT 0352
DALLAS TX 75312

JAMES CASSIDY
C/O CASSIDY COATES ET AL
PO BOX 10529
GREENVILLE SC 29603


JANT PHARMACAL CORP
16530 VENTURA BLVD #512
ENCINO CA 91436


JPMCB
MAILCODE LA4-7100
700 KANSAS LANE
MONROE LA 71203


KEVIN MURDOCK
118 JAMES ST
GREENVILLE SC 29609


KUDZU STAFFING INC
PO BOX 51627
POWDERSVILLE SC 29673


LAB LOGISTICS LLC
PO BOX 84938
CHICAGO IL 60689


LABTECH DIAGNOSTICS
PO BOX 825893
PHILADELPHIA PA 19182


LEAF CAPITAL FUNDING, LLC
C/O JACOB BARKER, ESQ.
2721 DEVINE STREET
COLUMBIA SC 29205


LEGACY CAPITAL 26, LLC
290 HARBOR DRIVE
STAMFORD CT 06902


LGC CLINICAL DIAGNOSTICS INC
DEPT CH 16362
PALATINE IL 60055

LIFE TECHNOLOGIES CORP
12088 COLLECTION CENTER DR
CHICAGO IL 60693


LIGHTHOUSE LAB SERVICES
1337 HUNDRED OAKS DR
CHARLOTTE NC 28217


LONGHORN VACCINES AND DIAGNOSTICS
9110 BOOTHBAY COURT
WILMINGTON NC 28411


LYNN PINK HURST & SCHWEGMANN
2100 ROSS AVE STE 2700
DALLAS TX 75201


MARSHALL SCIENTIFIC
2 ARNOLD CIRCLE
CAMBRIDGE MA 02139


MCKESSON MEDICAL SURGICAL
PO BOX 936279
ATLANTA GA 31193


MEDCARE MSO
1000 CORDOVA PLACE STE 206
SANTA FE NM 87505


MEDCHAIN SUPPLY
PO BOX 842818
BOSTON MA 02284


MEDICAL PRACTICE CONCEPTS
330 JIMMY JOHNSTON ROAD
GREENEVILLE TN 37743


MEDLINE INDUSTRIES INC
DEPT CH 14400
PALATINE IL 60055


MEDWASTE SERVICES
1682 KATY LANE
FORT MILL SC 29708

```
MICROSOFT MSDN
PO BOX 848529
DALLAS TX 75284


MISSISSIPPI BIOMEDICAL
201 NORTH LANE DRIVE
TUPELO MS 38801


MYHOMMELABS
6366 COLLEGE BLVD
OVERLAND PARK KS 66211


NATIONAL JEWISH HEALTH- ADX
1400 JACKSON STREET M011
DENVER CO 80206


NELSON MULLINS RILEY ET AL
PO BOX 11009
COLUMBIA SC 29211


ONGEN, INC.
6000A PELHAM ROAD
GREENVILLE SC 29615


OPTIWISE
8964 RISING MIST WAY
ROSEVILLE CA 95747


PANGEA LABORATORY
14762 BENTLEY CIRCLE
TUSTIN CA 92780


PATIA EUROPE S.L.
SAN SEBASTIAN PR 00685



PAVEA LLC
2329 PORTER STREET NW
WASHINGTON DC 20008


PEAK SCIENTIFIC
19 STERLING ROAD STE 1
NORTH BILLERICA MA 01862
```

PEARL PATHWAYS
29 E MCCARTY ST STE 100
INDIANAPOLIS IN 46225


PERKINELMER HEALTH SCIENCES INC
710 BRIDGEPORT AVE
SHELTON CT 06484


PHENOMENEX
PO BOX 749397
LOS ANGELES CA 90074


PIEDMONT NATURAL GAS
PO BOX 1246
CHARLOTTE NC 28201


PLUS INC
PO BOX 5643
GREENVILLE SC 29606


PULSE CONSULTING
2400 VETERANS MEM BLVD 510
KENNER LA 70062


QUEST DIAGNOSTICS ATL
PO BOX 74736
ATLANTA GA 30374


RADLA CAPITAL, LLC
161-10A UNION STREET 2ND FLOOR
FLUSHING NY 11366


RAININ
PO BOX 13505
NEWARK NJ 07188


RANDOX LABORTORIES US LTD
515 INDUSTRIAL BLVD
KEARNEYSVILLE WV 25430


RANDY SKINNER, ESQ.
300 N. MAIN STREET, SUITE 201
GREENVILLE SC 29601

REBECCA RITZ
7934 WNC 10 HWY
VALE NC 28168


REGENCY FINANCE, LLC
111 PETTIGRU STREET
GREENVILLE SC 29601


ROBERT THOMAS, ESQ
C/O SC DEPT OF REV
300A OUTLET POINTE BLVD
COLUMBIA SC 29210


ROCHE DIAGNOSTICS CORP
MAIL CODE 5508
CHARLOTTE NC 28272


SC DEPT OF REVENUE
PO BOX 12265
COLUMBIA SC 29211


SCOTT ROBERTS
1111 S FORK DR
SEVIERVILLE TN 37862


SEGRA
PO BOX 631140
CINCINNATI OH 45263


SELECT LABS SC
PO BOX 13030
GREENSBORO NC 27415


SENDGRID
1801 CALIFORNIA ST, STE 500
DENVER CO 80202


SETHI LABORATORIES LLC
4101 ROSS AVE STE 100
DALLAS TX 75204


SHRED AMERICA
1682 KATY LANE
FORT MILL SC 29708

SITELABS LLC
10131 CLEMSON BLVD
SENECA SC 29678


SOU 1ST


SOUTHERN FIRST BANK
C/O AMBER GLIDEWELL, ESQ
PO BOX 10529
GREENVILLE SC 29603


SPEAK STRATEGIC
PO BOX 1431
JOHNS ISLAND SC 29457


SPECIALIZED LOAN SERVICING LLC
ATTN: BANKRUPTCY
P.O. BOX 630147
LITTLETON CO 80163


SPECTRUM BUSINESS
PO BOX 742614
CINCINNATI OH 45274


STAPLES BUSINESS ADVANTAGE
PO BOX 105748
ATLANTA GA 30348


STRECK LABS
PO BOX 45625
OMAHA NE 68145


TECAN SP INC
PO BOX 846756
LOS ANGELES CA 90084


TECAN US
PO BOX 602740
CHARLOTTE NC 28260


TFORCE FREIGHT
PO BOX 650690
DALLAS TX 75265

```
TIMOTHY HODGE
C/O WILLIAM SMITH, ESQ
PO BOX 2048
GREENVILLE SC 29602


TIS INTERNATIONAL USA INC
PO BOX 7109
SAN FRANCISCO CA 94120


TOP FLIGHT STAFFING
PO BOX 51135
PIEDMONT SC 29673


TOX CREW INC
9111 CROSS PARK DR
KNOXVILLE TN 37923


TRANSLATIONAL SOFTWARE
7683 S.E. 27TH STREET #352
MERCER ISLAND WA 98040


TRI COUNTY RENTALS
5619 HWY153
EASLEY SC 29640


UPS
PO BOX 7247-0244
PHILADELPHIA PA 19170


VESSEL MEDICAL, INC.
6000A PELHAM ROAD
GREENVILLE SC 29615


VESSELL MEDICAL
6000 A PELHAM ROAD
GREENVILLE SC 29615


VOX FUNDING SPV1, LLC
14 E 44TH ST 4TH FLOOR
NEW YORK NY 10017


VWR INTERNTIONAL
PO BOX 640169
PITTSBURGH PA 15264
```

WELLS FARGO BANK NA
ATTN: BANKRUPTCY
1 HOME CAMPUS MAC X2303-01A 3RD FLOOR
DES MOINES IA 50328


WOODRUFF CORPORATE ASSOCIATION INC
C/O JAMES CALMES
512 E NORTH STREET
GREENVILLE SC 29601


YOURGENE HEALTH
1680 MICHIGAN AVE
MIAMI BEACH FL 33139


ZEPTO METRIX/ANTYLIA
14957 COLLECTION CENTER DR
CHICAGO IL 60693


ZERION GROUP
PO BOX 940411
MAITLAND FL 32794