# IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF SOUTH CAROLINA

IN RE:                )
                   )
                   )

Kevin Scott Murdock      )     Case Number: 25-00037-hb
                   )
                   )     Chapter: 11
           Debtor  )
                   )
                   )
_____)

## STATEMENT OF CHANGE

The Debtor, through his attorney hereby gives notice as to the substance of the changes included in the attached documents.

### Schedule F: Added Creditors

### SOFA: Added Lawsuit

The undersigned certifies that the US Trustee's Office has been served by ECF, and all parties listed below, by US Mail with sufficient postage attached. Added parties have also been served with the First Meeting of Creditors notice and Debtors Statement About Social Security Number as required by the Local Rules.

Cory S. Fein, Esq.
on behalf of Robert Mathewson
13105 Northwest Freeway, Ste 705
Houston TX 77040

United States of America
c/o Beth C. Warren, Esq.
1441 Main Street, 5th Floor
Columbia SC 29201

Dated: February 15, 2025

**/S/ Robert H. Cooper DCID #5670**
Robert H. Cooper DCID #5670
Attorney for Debtor
The Cooper Law Firm
1610 Gowdeysville Road
Gaffney SC 29340
(864) 271-9911
thecooperlawfirm@thecooperlawfirm.com

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Kevin Scott Murdock** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA |
| Case number | **25-00037** |
| (if known) | |

■ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

**Part 1:    List All of Your PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims against you?**

☐ No. Go to Part 2.

■ Yes.

2.  **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| **2.1** | **Greenville County Tax Assessor** | | | |
| | Priority Creditor's Name | | | |
| | **301 University Ridge, Ste 700** | | | |
| | **Greenville, SC 29601** | | | |
| | Number Street City State Zip Code | | | |

**2.1** **Greenville County Tax Assessor**

Last 4 digits of account number ___ ___ ___ ___    Total claim **$0.00**    Priority amount **$0.00**    Nonpriority amount **$0.00**

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ Check if this claim is for a  community debt

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

Debtor 1    **Kevin Scott Murdock**                                    Case number (if known)    **25-00037**

| 2.2 | **Internal Revenue Service** | Last 4 digits of account number | | $225,600.00 | $225,600.00 | $0.00 |

Priority Creditor's Name

**Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

---

| 2.3 | **SC Dept of Revenue** | Last 4 digits of account number | | $0.00 | $0.00 | $0.00 |

Priority Creditor's Name

**PO Box 12265
Columbia, SC 29211**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

**Notice Purposes Only**

---

| **Part 2:** | List All of Your NONPRIORITY Unsecured Claims |

3. Do any creditors have nonpriority unsecured claims against you?

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

Debtor 1   **Kevin Scott Murdock**                                    Case number (if known)   __25-00037__

---

**4.1** | **Acumen IT**
Nonpriority Creditor's Name

**3620 Pelham Road**
**Greenville, SC 29615**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

☒ No
☐ Yes

Last 4 digits of account number _____              **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☒ Contingent
☐ Unliquidated
☒ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Business Debt with possible Personal Guarantee**

---

**4.2** | **Adams and Reese LLP**
Nonpriority Creditor's Name

**Dept 5208**
**Birmingham, AL 35287**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

☒ No
☐ Yes

Last 4 digits of account number _____              **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☒ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Business Debt with possible Personal Guarantee**

---

**4.3** | **ADT...**
Nonpriority Creditor's Name

**737 N 5th St**
**Richmond, VA 23219**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

☒ No
☐ Yes

Last 4 digits of account number _____              **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☒ Contingent
☐ Unliquidated
☒ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Business Debt with possible Personal Guarantee**

---

Debtor 1   **Kevin Scott Murdock**                                Case number (if known)      **25-00037**

---

| 4.4 | **ADL Health** | Last 4 digits of account number | | Unknown |

Nonpriority Creditor's Name

**14220 Northbrook Drive Ste 600**
**San Antonio, TX 78232**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a **community debt**

Is the claim subject to offset?
☑ No
☐ Yes

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Business Debt with possible Personal Guarantee**

---

| 4.5 | **Agilent Technologies** | Last 4 digits of account number | | Unknown |

Nonpriority Creditor's Name

**4187 Collections Center Dr**
**Chicago, IL 60693**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a **community debt**

Is the claim subject to offset?
☑ No
☐ Yes

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Business Debt with possible Personal Guarantee**

---

| 4.6 | **Air Service, LLC** | Last 4 digits of account number | | Unknown |

Nonpriority Creditor's Name

**120 8th St.**
**Fort Worth, TX 76101**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a **community debt**

Is the claim subject to offset?
☑ No
☐ Yes

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Business Debt with possible Personal Guarantee**

---

Debtor 1   Kevin Scott Murdock                    Case number (if known)   25-00037

| 4.7 | Alexander Paterra | Last 4 digits of account number ___ ___ ___ ___ | $21,000.00 |

Nonpriority Creditor's Name
104 S. Calhoun St.
Greenville, SC 29601
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

As of the date you file, the claim is: Check all that apply

☑ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?

☑ No
☐ Yes

☑ Other. Specify   Legal Services

---

| 4.8 | American Laboratory Solutions | Last 4 digits of account number ___ ___ ___ ___ | Unknown |

Nonpriority Creditor's Name
630 Bucksley Lane
Daniels Island, SC 29492
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

As of the date you file, the claim is: Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?

☑ No
☐ Yes

☑ Other. Specify   Business Debt with possible Personal Guarantee

---

| 4.9 | American Behavioral | Last 4 digits of account number ___ ___ ___ ___ | Unknown |

Nonpriority Creditor's Name
3280 Cobb Galleria Center Dr
Atlanta, GA 30339
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

As of the date you file, the claim is: Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?

☑ No
☐ Yes

☑ Other. Specify   Business Debt with possible Personal Guarantee

---

Official Form 106 E/F               Schedule E/F: Creditors Who Have Unsecured Claims               Page 5 of 51

Debtor 1    Kevin Scott Murdock

Case number (if known)    25-00037

---

**4.10**

**Amex**

Nonpriority Creditor's Name

**Correspondence/Bankruptcy**
**Po Box 981535**
**El Paso, TX 79998**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

☒ No
☐ Yes

Last 4 digits of account number    1643    **$2,812.00**

When was the debt incurred?    **Opened 12/16  Last Active**
**3/27/23**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    **Credit Card**

---

**4.11**

**AP Professional Security LLC**

Nonpriority Creditor's Name

**300 Pettigru St Ste 20.**
**Greenville, SC 29601**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

☐ No
☐ Yes

Last 4 digits of account number    **Unknown**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☒ Contingent
☐ Unliquidated
☒ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    **Business Debt with possible Personal**
**Guarantee**

---

**4.12**

**Achromium**

Nonpriority Creditor's Name

**176 Pendron Rd**
**Barton, SC 29627**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

☐ No
☐ Yes

Last 4 digits of account number    **Unknown**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☒ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    **Business Debt with possible Personal**
**Guarantee**

---

Official Form 106 E/F          Schedule E/F: Creditors Who Have Unsecured Claims          Page 6 of 51

Debtor 1   Kevin Scott Murdock

Case number (if known)    25-00037

| 4.1 3 | **AR Funding** | Last 4 digits of account number | | $1,450,000.00 |

Nonpriority Creditor's Name

**126 Millport Circle #100**
**Greenville, SC 29607**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a **community debt**

Is the claim subject to offset?

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Business Debt with possible Personal Guarantee**

---

| 4.1 4 | **Arkstone** | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name

**135 Rockaway Turnpike Ste 111**
**Lawrence, NY 11559**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a **community debt**

Is the claim subject to offset?

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Business Debt with possible Personal Guarantee**

---

| 4.1 5 | **Assoc...** | Last 4 digits of account number 3276 | | $513.00 |

Nonpriority Creditor's Name

**Attn: ...**
**3800 Paloma Parkway, Suite 300**
**Sherman, TX 75090**

Number Street City State Zip Code

When was the debt incurred?  Opened 04/24

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a **community debt**

Is the claim subject to offset?

☐ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Collection Attorney St. Francis Hospital Inc Mob**

---

Debtor 1   Kevin Scott Murdock

Case number (if known)    25-00037

---

| 4.1 6 | | |
|---|---|---|

**Associated Receivables Funding**
Nonpriority Creditor's Name
c/o Townes Johnson, Esq.
PO Box 9246
Greenville, SC 29604
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this claim is for a **community debt**

Is the claim subject to offset?

☒ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☒ Contingent
☐ Unliquidated
☒ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Business Debt with possible Personal Guarantee

---

| 4.1 7 | | |
|---|---|---|

**Assurance Lab Consulting**
Nonpriority Creditor's Name
2868 Acton Rd Ste 207
Birmingham, AL 35243
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this claim is for a **community debt**

Is the claim subject to offset?

☒ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☒ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Business Debt with possible Personal Guarantee

---

| 4.1 8 | | |
|---|---|---|

**Avudo LLC**
Nonpriority Creditor's Name
104 T.W. Alexander Dr
Research Triangle PA, NC 27709
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this claim is for a **community debt**

Is the claim subject to offset?

☒ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☒ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Business Debt with possible Personal Guarantee

---

Debtor 1   Kevin Scott Murdock

---

**4.19**

**BAEBIES INC**
Nonpriority Creditor's Name
PO Box 14403
Durham, NC 27709
Number Street City State Zip Code

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

☒ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☒ Contingent
☐ Unliquidated
☒ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Business Debt with possible Personal Guarantee

---

**4.20**

**Beckman Coulter**
Nonpriority Creditor's Name
Dept CH10164
Palatine, IL 60055
Number Street City State Zip Code

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

☒ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☒ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Business Debt with possible Personal Guarantee

---

**4.21**

**Biomedical Refrigeration Services**
Nonpriority Creditor's Name
2380 South Irene Dr
Lexington, SC 29073
Number Street City State Zip Code

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

☒ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☒ Contingent
☐ Unliquidated
☒ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Business Debt with possible Personal Guarantee

---

Debtor 1    Keith Scott Murdock

Case number (if known)    25-00037

**4.2 2**

**Biosafe Environmental Service**
Nonpriority Creditor's Name

655h Fairview Road Box 333
Simpsonville, SC 29680
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ Check if this claim is for a **community debt**

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number _____      **Unknown**

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Business Debt with possible Personal Guarantee**

---

**4.2 3**

**Biosafe Supplies LLC**
Nonpriority Creditor's Name

9436 Southridge Park Court
Orlando, FL 32819
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a **community debt**

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number _____      **Unknown**

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Business Debt with possible Personal Guarantee**

---

**4.2 4**

**Cardmember Services**
Nonpriority Creditor's Name

PO Box 790408
St. Louis, MO 63179
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a **community debt**

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number    1486      **Unknown**

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Business Debt with possible Personal Guarantee**

Debtor 1    ~~Kevin Chad Murdock~~

Case number (if known)    25-00037

| 4.2 5 | | | |
|---|---|---|---|
| Carolina Land Services | Last 4 digits of account number    2196 | | Unknown |
| Nonpriority Creditor's Name | When was the debt incurred? | | |
| PC Box 75 A08 | | | |
| Saint Louis, MO 63179 | | | |
| Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply | | |
| Who incurred the debt? Check one. | | | |
| ☐ Debtor 1 only | ■ Contingent | | |
| ☐ Debtor 2 only | ☐ Unliquidated | | |
| ☐ Debtor 1 and Debtor 2 only | ■ Disputed | | |
| ■ At least one of the debtors and another | Type of NONPRIORITY unsecured claim: | | |
| ☐ Check if this claim is for a  community debt | ☐ Student loans | | |
| Is the claim subject to offset? | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims | | |
| ■ No | ☐ Debts to pension or profit-sharing plans, and other similar debts | | |
| ☐ Yes | ■ Other. Specify    Business Debt with possible Personal Guarantee | | |

| 4.2 6 | | | |
|---|---|---|---|
| Carolina Shred | Last 4 digits of account number | | Unknown |
| Nonpriority Creditor's Name | When was the debt incurred? | | |
| 1682 Katy Lane | | | |
| Fort Mill, SC 29708 | | | |
| Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply | | |
| Who incurred the debt? Check one. | | | |
| ☐ Debtor 1 only | ■ Contingent | | |
| ☐ Debtor 2 only | ☐ Unliquidated | | |
| ☐ Debtor 1 and Debtor 2 only | ☐ Disputed | | |
| ■ At least one of the debtors and another | Type of NONPRIORITY unsecured claim: | | |
| ☐ Check if this claim is for a  community debt | ☐ Student loans | | |
| Is the claim subject to offset? | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims | | |
| ■ No | ☐ Debts to pension or profit-sharing plans, and other similar debts | | |
| ☐ Yes | ■ Other. Specify    Business Debt with possible Personal Guarantee | | |

| 4.2 7 | | | |
|---|---|---|---|
| Centwent | Last 4 digits of account number | | $16,358.00 |
| Nonpriority Creditor's Name | When was the debt incurred? | | |
| 3050 Spruce Street | | | |
| Saint Louis, MO 63103 | | | |
| Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply | | |
| Who incurred the debt? Check one. | | | |
| ☐ Debtor 1 only | ■ Contingent | | |
| ☐ Debtor 2 only | ☐ Unliquidated | | |
| ☐ Debtor 1 and Debtor 2 only | ☐ Disputed | | |
| ■ At least one of the debtors and another | Type of NONPRIORITY unsecured claim: | | |
| ☐ Check if this claim is for a  community debt | ☐ Student loans | | |
| Is the claim subject to offset? | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims | | |
| ☐ No | ☐ Debts to pension or profit-sharing plans, and other similar debts | | |
| ☐ Yes | ☐ Other. Specify    Business Debt with possible Personal Guarantee | | |

**4.28**

| | |
|---|---|
| Checrl Shumer | Last 4 digits of account number _____ |
| Nonpriority Creditor's Name | **Unknown** |
| 1411 Glenallis St | When was the debt incurred? _____ |
| Columbia   SC 29201 | |
| Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply |
| Who incurred the debt? Check one. | |

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this claim is for a **community debt**

Is the claim subject to offset?

☒ No
☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    **Business Debt with possible Personal Guarantee**

---

**4.29**

| | |
|---|---|
| City of Greenville | Last 4 digits of account number _____ |
| Nonpriority Creditor's Name | **Unknown** |
| Parking Enforcement | When was the debt incurred? _____ |
| Greenville, SC 29609 | |
| Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply |
| Who incurred the debt? Check one. | |

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this claim is for a **community debt**

Is the claim subject to offset?

☒ No
☐ Yes

■ Contingent
☐ Unliquidated
☒ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    **Business Debt with possible Personal Guarantee**

---

**4.30**

| | |
|---|---|
| Clinical Lab Sales Training LLC | Last 4 digits of account number _____ |
| Nonpriority Creditor's Name | **Unknown** |
| 1075 Folkestone Way | When was the debt incurred? _____ |
| Woodstock, MD 21163 | |
| Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply |
| Who incurred the debt? Check one. | |

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this claim is for a **community debt**

Is the claim subject to offset?

☒ No
☐ Yes

☒ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    **Business Debt with possible Personal Guarantee**

---

Debtor 1    Kevin Scott Burdock

Case number (if known)    25-00037

---

**4.3
1**

Cloud Fund LLC
Nonpriority Creditor's Name

400 Rexcorp Blvd, Ste 155-101
Suffern, NY 10901
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a **community debt**

Is the claim subject to offset?

☐ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Business Debt with possible Personal Guarantee**

---

**4.3
2**

CBS
Nonpriority Creditor's Name

PO Box 645766
Pittsburgh, PA 15264
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a **community debt**

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Business Debt with possible Personal Guarantee**

---

**4.3
3**

Comirit Services Inc
Nonpriority Creditor's Name

244 5th Ave Ste 1218
New York, NY 10001
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a **community debt**

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply

☑ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Business Debt with possible Personal Guarantee**

---

Debtor 1   Kevin Scott Murdock

Case number (if known)   25-00037

| 4.3 4 | | |
|---|---|---|

Community line LLC

Nonpriority Creditor's Name

8615 Cliff Cameron Dr **Ste 290**

Charlotte, NC 28269

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim is for a **community debt**

Is the claim subject to offset?

☐ No

☐ Yes

Last 4 digits of account number _____

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☑ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Business Debt with possible Personal Guarantee**

**Unknown**

---

| 4.3 5 | | |
|---|---|---|

Corporation Service Co

Nonpriority Creditor's Name

c/o Corporation Service Co. Mathewson

19 [...] North West Freeway, Ste 705

Houston, TX 77040

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim is for a **community debt**

Is the claim subject to offset?

☑ No

☐ Yes

Last 4 digits of account number _____

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☑ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Contingent Claim**

**Unknown**

---

| 4.3 6 | | |
|---|---|---|

CT Corporation

Nonpriority Creditor's Name

PO Box 4349

Carol Stream, IL 60197

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim is for a **community debt**

Is the claim subject to offset?

☑ No

☐ Yes

Last 4 digits of account number _____

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☑ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Business Debt with possible Personal Guarantee**

**Unknown**

---

Debtor 1   Kevin Scott Murdock

Case number (if known)   25-00037

---

**4.37**

**Dash Courier Service**
Nonpriority Creditor's Name
PO Box 11048
Charlotte, NC 28220
Number Street City State Zip Code

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ Check if this claim is for a **community debt**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Last 4 digits of account number ____   **Unknown**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply
- ☒ Contingent
- ☐ Unliquidated
- ☒ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Business Debt with possible Personal Guarantee**

---

**4.38**

**Data Image Associates LLC**
Nonpriority Creditor's Name
PO Box
Coraopolis, PA 15108
Number Street City State Zip Code

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ Check if this claim is for a **community debt**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Last 4 digits of account number ____   **Unknown**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply
- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Business Debt with possible Personal Guarantee**

---

**4.39**

**Diazyme Laboratories**
Nonpriority Creditor's Name
PO Box 392165
Pittsburgh, PA 15251
Number Street City State Zip Code

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ Check if this claim is for a **community debt**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Last 4 digits of account number ____   **Unknown**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply
- ☒ Contingent
- ☐ Unliquidated
- ☒ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Business Debt with possible Personal Guarantee**

---

Debtor 1    Kevin Scott Murdock                                    Case number (if known)    25-00037

| 4.40 | | |
|---|---|---|

**DJO LLC**
Nonpriority Creditor's Name
PO Box 860777
Dallas, TX 75286
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a **community debt**

Is the claim subject to offset?
☐ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Business Debt with possible Personal Guarantee**

**Unknown**

---

| 4.41 | | |
|---|---|---|

**DJO, the Good**
Nonpriority Creditor's Name
PO
Charleston, SC 29492
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a **community debt**

Is the claim subject to offset?
☐ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☑ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify **Business Debt with possible Personal Guarantee**

**Unknown**

---

| 4.42 | | |
|---|---|---|

**DP Sales LLC**
Nonpriority Creditor's Name
131 Technology Circle
Columbia, SC 29203
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a **community debt**

Is the claim subject to offset?
☑ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Business Debt with possible Personal Guarantee**

**Unknown**

---

Debtor 1   Kevin Scott Murdock

Case number (if known)   25-00037

| 4.4 3 | **Drug Testing for Less** | | Last 4 digits of account number | | | **Unknown** |
|---|---|---|---|---|---|---|

Nonpriority Creditor's Name

**1887 McFarland Parkway**
**Alpharetta, GA 30005**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a **community debt**

Is the claim subject to offset?

☒ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☒ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Business Debt with possible Personal Guarantee**

---

| 4.4 4 | **D... ...oung LLC** | | Last 4 digits of account number | | | **Unknown** |
|---|---|---|---|---|---|---|

Nonpriority Creditor's Name

**SC ...**
**Charleston SC 29401**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a **community debt**

Is the claim subject to offset?

☒ No

☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☒ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Business Debt with possible Personal Guarantee**

---

| 4.4 5 | | | Last 4 digits of account number | | | **Unknown** |
|---|---|---|---|---|---|---|

Nonpriority Creditor's Name

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a **community debt**

Is the claim subject to offset?

☒ No

☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☒ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Business Debt with possible Personal Guarantee**

---

Debtor 1   Kevin Scott Murdock

Case number (if known)   25-00037

| 4.4 6 | | |
|---|---|---|

**Elan Credit Services**
Nonpriority Creditor's Name
PO Box 790408
Saint Louis, MO 63179
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this claim is for a **community** debt
Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☒ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Business Debt with possible Personal Guarantee**

**Unknown**

| 4.4 7 | | |
|---|---|---|

**Emerge**
Nonpriority Creditor's Name
PO Box _____
Dallas, TX 75267
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this claim is for a **community** debt
Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☒ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify **Business Debt with possible Personal Guarantee**

**Unknown**

| 4.4 8 | | |
|---|---|---|

**Professionals**
Nonpriority Creditor's Name
_____ Ste 115
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this claim is for a **community** debt
Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Business Debt with possible Personal Guarantee**

**Unknown**

Debtor 1   Kevin Scott Murdock

Case number (if known)   25-00037

| 4.49 | | |
|---|---|---|

**EUROIMMUN US Inc**
Nonpriority Creditor's Name

**1 Bloomfield Ave**
**Mountain Lakes, NJ 07046**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ Check if this claim is for a **community debt**

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number _____      **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☒ Contingent
☐ Unliquidated
☒ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Business Debt with possible Personal Guarantee**

| 4.50 | | |
|---|---|---|

**Evoqua Water Technologies LLC**
Nonpriority Creditor's Name

**210 Sixth Avenue Pine Road**
**Pittsburgh, PA 18474**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ Check if this claim is for a **community debt**

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number _____      **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☒ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify **Business Debt with possible Personal Guarantee**

| 4.51 | | |
|---|---|---|

Nonpriority Creditor's Name

**_____, _____ 80384**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ Check if this claim is for a **community debt**

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number _____      **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☒ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify **Business Debt with possible Personal Guarantee**

**Fill in this information to identify your case:**

Debtor 1    **Kevin Scott Murdock**
First Name    Middle Name    Last Name

Debtor 2
(Spouse if, filing)    First Name    Middle Name    Last Name

United States Bankruptcy Court for the:    DISTRICT OF SOUTH CAROLINA

Case number    **25-00037**
(if known)

■ Check if this is an amended filing

# Official Form 107

## Statement of Financial Affairs for Individuals Filing for Bankruptcy

04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Give Details About Your Marital Status and Where You Lived Before**

1.  **What is your current marital status?**

    ☐ Married
    ■ Not married

2.  **During the last 3 years, have you lived anywhere other than where you live now?**

    ■ No
    ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

    | Debtor 1: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
    | --- | --- | --- | --- |

3.  **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

    ■ No
    ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

**Part 2    Explain the Sources of Your Income**

4.  **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
    Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
    If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

    ☐ No
    ■ Yes. Fill in the details.

    | | Debtor 1<br>Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) | Debtor 2<br>Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) |
    | --- | --- | --- | --- | --- |
    | For last calendar year:<br>(January 1 to December 31, 2024 ) | ☐ Wages, commissions, bonuses, tips | $100,000.00 | ☐ Wages, commissions, bonuses, tips | |
    | | ■ Operating a business | | ☐ Operating a business | |

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **For the calendar year before that:**<br>(January 1 to December 31, 2023 ) | ☐ Wages, commissions, bonuses, tips | **$100,000.00** | ☐ Wages, commissions, bonuses, tips | |
| | ■ Operating a business | | ☐ Operating a business | |

**5.** **Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

■ No
☐ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) |

**Part 3:**   **List Certain Payments You Made Before You Filed for Bankruptcy**

**6.** **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

■ No.   Neither Debtor 1 nor Debtor 2 has primarily consumer debts. *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $7,575* or more?

☐ No.   Go to line 7.
■ Yes   List below each creditor to whom you paid a total of $7,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
* Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes.   Debtor 1 or Debtor 2 or both have primarily consumer debts.
During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No.   Go to line 7.
☐ Yes   List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| **Specialized Loan Servicing LLC**<br>**Attn: Bankruptcy**<br>**P.O. Box 630147**<br>**Littleton, CO 80163** | **$2,600.00 per month for 90 days prior to petition.** | **$7,800.00** | **$289,200.00** | ■ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

■ No
☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

■ No
☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|

<div style="background:black;color:white">**Part 4:**</div> Identify Legal Actions, Repossessions, and Foreclosures

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
■ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Legacy Capital 2 6 Llc vs KEVIN MURDOCK, DIVERSIFIED MEDICAL HEALTH CARE, et 4122926 | CIVIL JUDGMENT | SUPREME COURT - CIVIL DIVISION | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| | | | - 1,198,188.00 |
| State Of Indiana vs KEVIN MURDOCK 30684384 | STATE TAX WARRANT | MARION CIRCUIT COURT - INDIANAPOLIS | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| | | | - 1,098.00 |
| State Of Mississippi vs KEVIN MURDOCK 1546750 | STATE TAX LIEN | MISSISSIPPI DEPT OF REVENUE | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| | | | - 133.00 |
| State Of North Carolina vs KEVIN MURDOCK 2022M001664 | STATE TAX LIEN | WAKE SUPERIOR COURT - RALEIGH | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| | | | - 30,219.00 |
| State Of North Carolina vs KEVIN MURDOCK, KEVIN MURDOCK 2022M001665 | STATE TAX LIEN | WAKE SUPERIOR COURT - RALEIGH | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| | | | - 6,291.00 |

| Case title Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Regency Finance, LLC vs Kevin Murdock, et al 2024-CP-23-06507 | Foreclosure | Greenville County Court of Common Pleas 305 E North Str Greenville, SC 29601 | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| First Carolina Holdings LLC vs Kevin Murdock 2023-CP-23-00944 | Breach of Contract | Greenville County Court of Common Pleas 305 E North St Greenville, SC 29601 | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| Regency Finance LLC vs Diversified Property Ventures LLC et al 2023-CP-23-00275 | Foreclosure | Greenville County Court of Common Pleas 305 E North Street Greenville, SC 29601 | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| First Reliance Bank vs Kevin Murdock 2023-CP-23-01842 | Foreclosure | Greenville County Court of Common Pleas 305 E North Street Greenville, SC 29601 | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| Southern First Bank vs. Kevin Scott Murdock 2024-CP-23-00168 | Foreclosure | Greenville County Court of Common Pleas 305 E North Street Greenville, SC 29601 | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| Hermes Health Sciences, LLC vs Premier Medical, Inc. et al 2023-CP-23-00960 | Breach of Contract | Greenville County Court of Common Pleas 305 E North Street Greenville, SC 29601 | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| Regency Finance, LLC vs Kevin Scott Murdock 2023-CP-23-03221 | Fraud/Bad Faith | Greenville County Court of Common Pleas 305 E North Street Greenville, SC 29601 | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| Woodruff Corporate Association Inc vs Kevin Scott Murdock 2023-CP-23-03307 | Foreclosure | Greenville County Court of Common Pleas 305 E North Street Greenville, SC 29601 | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| First Carolina Holdings LLC vs Kevin Murdock 2024-CP-23-02930 | Foreclosure | Greenville County Court of Common Pleas 305 E North Street Greenville, SC 29601 | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| Regency Finance LLC vs Diversified Property Ventures, LLC et al 2023-CP-23-00275 | Foreclosure | Greenville County Court of Common Pleas 305 E North Street Greenville, SC 29601 | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| First Carolina Holdings LLC vs Kevin Murdock 2023-CP-23-00944 | Breach of Contract | Greenville County Court of Common Pleas 305 E North Street Greenville, SC 29601 | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor 1    Kevin Scott Murdock                                   Case number *(if known)*    25-00037

| Case title Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| 14 South Main LLC vs Premier Medical, Inc et al. 2023-CP-23-02322 | Debt Collection | Greenville County Court of Common Pleas 305 E North Street Greenville, SC 29601 | ☐ Pending ☐ On appeal ☐ Concluded |
| Leaf Capital Funding LLC vs Premier Medical Inc, et al 2023CP-23-00430 | Breach of Contract | Greenville County Court of Common Pleas 305 E North Street Greenville, SC 29601 | ☐ Pending ☐ On appeal ☐ Concluded |
| Huntington National Bank vs Premier Medical Inc, et al 2023-CP-23-03815 | Breach of Contract | Greenville County Court of Common Pleas 305 E North Street Greenville, SC 29601 | ☐ Pending ☐ On appeal ☐ Concluded |
| Associated Receivables Funding Inc. vs Kevin Murdock 2024-CP-23-1025 | Breach of Contract | Greenville County Court of Common Pleas 305 E North Street Greenville, SC 29601 | ☐ Pending ☐ On appeal ☐ Concluded |
| Associated Receivables Funding Inc. vs Kevin Murdock 2024-CP-23-01740 | Breach of Contract | Greenville County Court of Common Pleas 305 E North Street Greenville, SC 29601 | ☐ Pending ☐ On appeal ☐ Concluded |
| 14 South Main LLC vs Kevin Murdock 2024-CP-23-03886 | Breach of Contract | Greenville County Court of Common Pleas 305 E North Street Greenville, SC 29601 | ☐ Pending ☐ On appeal ☐ Concluded |
| Timothy Hodge vs Diversified Management Company LLC et al 2024-CP-23-05940 | Employment | Greenville County Court of Common Pleas 305 E North Street Greenville, SC 29601 | ☐ Pending ☐ On appeal ☐ Concluded |
| American Express vs Kevin Murdock 2024-CV-23-11000703 | Debt Collection | Greenville County Court of Common Pleas 305 E North Street Greenville, SC 29601 | ☐ Pending ☐ On appeal ☐ Concluded |
| Greenville Northpointe Associates LLC vs Kevin Scott Murdock 2022-CV-23-11003932 | Rule to Vacate | Greenville County Court of Common Pleas 305 E North Street Greenville, SC 29601 | ☐ Pending ☐ On appeal ☐ Concluded |
| United States of America, State of Georgia, State of Colorado, and State of South Carolina vs. Premier Medical Inc., Kevin S. Murdock et al 6:18-cv-00165 TMC (D.S.C.) | False Claims Act | United States District Court District of South Carolina Carroll A. Campbell, Jr. U. S. Courthouse 250 East North Street Greenville, SC 29601 | ☐ Pending ☐ On appeal ☐ Concluded |

Debtor 1   Kevin Scott Murdock                                         Case number *(if known)*   25-00037

---

10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?
    Check all that apply and fill in the details below.

    ☐ No. Go to line 11.
    ☑ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property | Date | Value of the property |
|---|---|---|---|
| | Explain what happened | | |
| **First Reliance Bank, LLC**<br>c/o Townes S. Johnson III<br>PO Box 8248<br>Greenville, SC 29604 | **Office Building located 218 Adley Way, Greenville SC.**<br>Tax Map # 0541002700 | 2024 | $375,000.00 |
| | ☐ Property was repossessed.<br>☑ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized or levied. | | |

---

11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?

    ☑ No
    ☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?

    ☑ No
    ☐ Yes

---

**Part 5:   List Certain Gifts and Contributions**

13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?

    ☑ No
    ☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| Person to Whom You Gave the Gift and Address: | | | |

14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?

    ☑ No
    ☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|
| Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | | | |

---

**Part 6:   List Certain Losses**

15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?

    ☑ No
    ☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|

---

Official Form 107                     Statement of Financial Affairs for Individuals Filing for Bankruptcy                     page 6

Debtor 1   Kevin Scott Murdock      Case number *(if known)*  25-00037

---

**Part 7:** List Certain Payments or Transfers

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
■ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| The Cooper Law Firm<br>1610 Cowdeys Vale Road<br>Gaffney, SC 22340 | $15,000.00 attorneys fees plus $1,738.00 court costs. | November 2024 | $16,738.00 |
| Summit Financial<br><br>summitfin.org | Credit Counseling | January 5, 2025 | $34.95 |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

■ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

■ No
☐ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

☐ No
■ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|
| Kevin Scott Murdock IPS irrevocable Trust | IPS stock | 2008 |

| **Part 8:** | List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units |

20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.
   
   ■ No
   ☐ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?

   ■ No
   ☐ Yes. Fill in the details.

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?

   ■ No
   ☐ Yes. Fill in the details.

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

| **Part 9:** | Identify Property You Hold or Control for Someone Else |

23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.

   ■ No
   ☐ Yes. Fill in the details.

| Owner's Name Address (Number, Street, City, State and ZIP Code) | Where is the property? (Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|

| **Part 10:** | Give Details About Environmental Information |

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.
■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.
■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

   ■ No
   ☐ Yes. Fill in the details.

| Name of site Address (Number, Street, City, State and ZIP Code) | Governmental unit Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

**25. Have you notified any governmental unit of any release of hazardous material?**

■ No

☐ Yes. Fill in the details.

| Name of site | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Address (Number, Street, City, State and ZIP Code) | Address (Number, Street, City, State and ZIP Code) | | |

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No

☐ Yes. Fill in the details.

| Case Title | Court or agency | Nature of the case | Status of the case |
|---|---|---|---|
| Case Number | Name | | |
| | Address (Number, Street, City, State and ZIP Code) | | |

**Part 11:    Give Details About Your Business or Connections to Any Business**

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

■ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.

■ Yes. Check all that apply above and fill in the details below for each business.

| Business Name | Describe the nature of the business | Employer Identification number |
|---|---|---|
| Address (Number, Street, City, State and ZIP Code) | Name of accountant or bookkeeper | Do not include Social Security number or ITIN. |

| | | Dates business existed |
|---|---|---|
| Diversified Properties 2 LLC | | EIN: 87-1408398 |
| 6000 E. Pelham Road | | |
| Greenville, SC 29615 | | From-To |
| Premier Medical, Inc. | | EIN: 26-1594502 |
| 6000 Pelham Road | | |
| Greenville, SC 29615 | | From-To |
| Vessel Medical, Inc. | | EIN: 57-0983938 |
| 6000 Pelham Road | | |
| Greenville, SC 29615 | | From-To |
| Synapse Analytical Labs, LLC | | EIN: 47-1382240 |
| 6000 Pelham Road | | |
| Greenville, SC 29615 | | From-To |
| Ongen, Inc. | | EIN: 82-2945616 |
| 6000 Pelham Road | | |
| Greenville, SC 29615 | | From-To |
| Dynasty Diagnostics, LLC | | EIN: 83-2563970 |
| 6000 Pelham Road | | |
| Greenville, SC 29615 | | From-To |

Debtor 1    Kevin Scott Murdock                                        Case number *(if known)*   25-00037

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| **Meta Acquisition Co, LLC**<br>6000 Pelham Road<br>Greenville SC 29615 | | Dates business existed<br>EIN:        88-2009880<br><br>From-To |
| **Firstox Laboratories, LLC**<br>6000 Pelham Road<br>Greenville, SC 29615 | | EIN:        85-4320939<br><br>From-To |
| **Omparc**<br>118 James Street<br>Greenville, SC 29609 | Software Consulting - Non revenue producing currently. | EIN:<br><br>From-To    2023 - present |

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☑ No.

☐ Yes. Fill in the details below.

| Name<br>Address<br>(Number, Street, City, State, and ZIP Code) | Date Issued |
|---|---|

## Part 12:  Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

/s/ Kevin Scott Murdock

**Kevin Scott Murdock**
Signature of Debtor 1

Signature of Debtor 2

Date    2/15/2025

Date

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?

■ No
☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?

■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Fill in this information to identify your case:

| Debtor 1 | **Kevin Scott Murdock** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA | | |
| Case number | 25-00037 | | |
| (if known) | | | |

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X /s/ Kevin Scott Murdock                          X _____
Kevin Scott Murdock                                     Signature of Debtor 2
Signature of Debtor 1

Date  2/15/2025                                        Date _____

Official Form 106Dec                    Declaration About an Individual Debtor's Schedules