UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE:<br><br>Kevin Scott Murdock<br><br>DEBTOR<br><br>Address: 118 James Street, Greenville SC 29609<br><br><br><br>Last four digits of Social-Security or Individual Tax-Payer-Identification (ITIN) No(s)., (if any): 8595 | CASE NO: 25-00037-hb<br><br>CHAPTER: 11<br><br>NOTICE OF MOTION/APPLICATION AND OPPORTUNITY FOR HEARING |

## NOTICE OF MOTION TO DISMISS CASE

Kevin Scott Murdock has filed papers with the court to Dismiss Case.

**<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to [relief sought in motion or objection], or you want the court to consider your views on the motion, then within <u>(21) days</u> of service of this notice, you or your attorney must:

File with the court a written response, return, or objection at:

1100 Laurel Street
Columbia, SC 29201

Responses, returns, or objections filed by an attorney must be electronically filed in ecf.scb.uscourts.gov.

If you mail your response, return, or objection to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also send a copy to: Robert H. Cooper, The Cooper Law Firm, 1610 Gowdeysville Road, Gaffney SC 29340.

Attend the hearing scheduled to be heard on May 7, 2025 at 10:30 a.m. at the United States Bankruptcy Court, **C.F. Haynsworth Federal Building & U.S. Courthouse**, 300 East Washington Street Greenville, SC 29601.

If no response, return, and/or objection is timely filed and served, no hearing will be held on this motion, except at the direction of the judge.

- 1 -

    If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief prior to the scheduled hearing date, if determined to be appropriate.

/s/Robert H Cooper
Robert H Cooper, DCID#5670
The Cooper Law Firm
1610 Gowdeysville Road
Gaffney, SC 29340
(864) 271-9911

Dated this 3rd day of April 2025.

UNITED STATES BANKRUPTCY COURT

DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| In re: | Case No. 25-00037-hb |
| Kevin Scott Murdock | |
| 118 James Street | Chapter 11 |
| Greenville, SC | |
| Debtor in possession | |

## DEBTOR'S MOTION TO DISMISS CASE

This matter came before this Honorable Court on Motion of the Debtor in Possession, Kevin Scott Murdock, through his undersigned counsel, to Dismiss this Chapter 11 case. The Debtor filed his chapter 11 petition on January 4, 2025, commencing the bankruptcy reorganization. The "automatic stay" was immediately invoked upon the filing, which among other things "stayed" a foreclosure sale of the debtor's real properties that was to occur on January 6, 2025. The filing of the chapter 11 petition also provided the Debtor the opportunity to reorganize his financial commitments, which included providing additional time to negotiate a resolution with the foreclosing creditors, who were Regency Financial, LLC and First Carolina Holdings, LLC.

Since the filing of the petition, the Debtor has remained in possession and control of his assets .and has continued to attempt to negotiate settlement terms with the foreclosing creditors, and others. The majority of the Debtor's debts listed in the bankruptcy schedules are contingent liabilities stemming from multiple failed businesses the Debtor had owned, and therefore, a number of those creditors may not have a legitimate claim against the individual Debtor at all.

The claims of Regency Financial, LLC and First Carolina Holdings, LLC are legitimate claims against the Debor, stemming from mortgage loans against two commercial properties owned by one of the Debtors' prior businesses as he executed a personal guarantee as to those creditor contracts. However, these creditors have since "credit bid" the two commercial properties via a foreclosure sale, and they have since been liquidating equipment that was also under lien to them. A

large amount of the balance of the debts consists of interest at sixty (60) percent, plus attorney's fees and court costs. Therefore, the Debtor was of the opinion that there may be room for compromise.

During the course of the chapter 11 case, the Debtor was approached by an investor seeking to purchase the assets of the Debtor's former medical business, which included a laboratory. He, therefore, is interested in negotiating a settlement with Regional Financial and First Carolina Holdings, LLC and the Debtor's other legitimate creditors. The assets of the former business that include two commercial properties within which the Debtor had conducted business, through the former business, were "credit bid" by Regency and First Carolina Holdings, and the investor is interested in perhaps purchasing one of those commercial properties, plus equipment and other assets under the control of the two lenders. Additionally, the investor would hire the debtor, Murdock, to assist in the operations of a new business entity he would commence.

In that regard the investor has drafted a proposal to present to the Debtor, Regency and First Carolina. This is the reason that the Debtor withdrew his response to the Motion to Vacate the "automatic stay" filed by Regency and First Carolina Holdings as he is anticipating making the proposal for a "global settlement" on behalf of the Debtor shortly. As part of that proposal, both the Debtor and the investor have requested that the undersigned counsel file a Motion to Dismiss the chapter 11 case, so they can be free to negotiate with all lenders, including Regency Financial LLC and First Carolina Holdings, LLC.

WHEREFORE, the Debtor now comes before this Honorable Court, by and through his undersigned counsel, requesting an Order Dismissing the Debtor's case. Because the Office of United States Trustee in its Motion to Dismiss or Convert, requests that if the Court enters an Order dismissing the case, it do so with prejudice, and because Regency Financial LLC and First Carolina Holdings LLC filed a "like" Motion, the Debtor is not adverse to having the case Dismissed with Prejudice. The Debtor asks the Court to review the matter, and enter its Order, therefore, Dismissing the Debtor's case with Prejudice for one year.

/s/ Robert H Cooper   RHC
Robert H Cooper, DCID#5670
The Cooper Law Firm
Attorneys for Debtor
1610 Gowdeysville Road
Gaffney, South Carolina 29340

Dated this 3rd day of April, 2025

UNITED STATES BANKRUPTCY COURT

DISTRCT OF SOUTH CAROLINA

In re:    Case No. 25-00037-hb

KEVIN SCOTT MURDOCK    Chapter 11

    Debtor in possession

---

### Certificate of Service

I hereby certify that I did on the date stated below, serve a copy of the "Motion To Dismiss Debtor's Case" on all creditor's listed on the Clerk's latest mailing matrix. I further certify that I served those parties participating in the Clerk's electronic filing system in that fashion. For those parties not so participating, I served them via United States Mail First Class with sufficient postage affixed thereto.

/s/Robert H Cooper
Robert H Cooper, DCID#5670
1610 Gowdeysville Road
Gaffney, South Carolina, 29340
(864) 271-9911 phone
rhcooper@thecooperlawfirm.com

Dated this 3rd day of April, 2025

```
Label Matrix for local noticing        14 SOUTH MAIN, LLC                    14 South Main, LLC
0420-6                                  CO MARY CASKEY                        c/o Mary M. Caskey, Esq.
Case 25-00037-hb                        PO BOX 11889                          Haynsworth Sinkler Boyd, PA
District of South Carolina              COLUMBIA SC 29211-1889                PO Box 11889
Greenville                                                                    Columbia, SC 29211-1889
Thu Apr  3 16:40:58 EDT 2025

ADITXT                                  ADL Health                            AMBER GLIDEWELL
737 N 5th St                            14220 Northbrook Drive Ste 600        CO CASSIDY COATES ET AL
Richmond, VA 23219-1441                 San Antonio, TX 78232-5000            PO BOX 10529
                                                                              GREENVILLE SC 29603-0529


AP Professional Security LLC            AR Funding                            AVIOQ INC
300 Pettigru St Ste 20                  126 Millport Circle #100              104 T.W. Alexander Dr
Greenville, SC 29601-3113               Greenville SC 29607-5566              Research Triangle PA, NC 27709


Acumen IT                               Adams and Reese LLP                   Agilent Technologies
3620 Pelham Road                        Dept 5208                             4187 Collections Center Dr
Greenville, SC 29615-5044               Birmingham, AL 35287-0001             Chicago, IL 60693-0001


Air Science LLC                         Alexander Paterra                     American Express National Bank
120 6th St                              104 S. Calhoun St.                    c/o Becket and Lee LLP
Fort Myers, FL 33907-1554               Greenville SC 29601-4042              PO Box 3001
                                                                              Malvern  PA 19355-0701


American Laboratory Solutions           Ametek Powervar                       Amex
500 Bucksley Lane                       32806 Collectiin Center Dr            Correspondence/Bankruptcy
Daniels Island, SC 29492-8180           Chicago, IL 60693-0001                Po Box 981535
                                                                              El Paso, TX 79998-1535


April Julian                            Arkstone                              AssetCare
176 Pearson Rd                          135 Rockaway Turnpike Ste 111         Attn: Bankruptcy
Belton, SC 29627-9236                   Lawrence, NY 11559-1023               3400 Texoma Parkway, Suite 300
                                                                              Sherman, TX 75090-1916


Associated Receivables Funding          Associated Receivables Funding, Inc.  Assurance Lab Consulting
care of Townes Johnson, Esq.            126 Millport Circle, Suite # 100      2868 Action Rd Ste 207
PO Box 9246                             Greenville, SC 29607-5566             Birmingham, AL 35243-2502
Greenville, SC 29604-9246


(p)BAEBIES  INC                         BECKMAN COULTER                       BIOMEDICAL REFRIGERATION SERVICES
PO BOX 14403                            DEPT CH10164                          2680 SOUTH LAKE DR
DURHAM NC 27709-4403                    PALATINE IL 60055-0001                LEXINGTON SC 29073-8199


BIOPURE ENVIRONMENTAL SERVICE           BIOSAFE SUPPLIES LLC                  Linda Barr
655H FAIRVIEW ROAD BOX 333              9436 SOUTHRIDGE PARK COURT            Office of United States Trustee
SIMPSONVILLE SC 29680-6706              ORLANDO FL 32819-8639                 1835 Assembly Street
                                                                              Suite 953
                                                                              Columbia, SC 29201-2448
```

(p) US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

CAROLINA SHRED
1682 KATY LANE
FORT MILL SC 29708-8974

CHERNOFF NEWMAN
1411 GERVAIS ST
COLUMBIA SC 29201-3379


CITY OF GREENVILLE
PARKING ENFORCEMENT
GREENVILLE SC 29609

CLINICAL LAB SALES TRAINING LLC
10751 FOLKESTONE WAY
WOODSTOCK MD 21163-1313

CLOUDFUND, LLC
400 REKKA BLVD, STE 165-101
SUFFERN NY 10901


CLSI
PO BOX 645766
PITTSBURGH PA 15264-5255

COMMIT SERVICES INC
244 5TH AVE STE 1218
NEW YORK NY 10001-7604

COMPLIANCELINE LLC
8615 CLIFF CAMERON DR STE 290
CHARLOTTE NC 28269-5912


CPT MEDICAL, INC.
6000A PELHAM ROAD
GREENVILLE SC 29615-5845

CT CORPORATION
PO BOX 4349
CAROL STREAM IL 60197-4349

Weyman C. Carter
Cassidy Coates Price P.A.
Post Office Box 10529
Greenville, SC 29603-0529


Mary M. Caskey
Haynsworth Sinkler Boyd, PA
PO Box 11889
Columbia, SC 29211-1889

James Henry Cassidy
Cassidy Coates & Price, P.A.
Post Office Box 10529
Greenville, SC 29603-0529

Cerillant
3050 Spruce Street
Saint Louis MO 63103-2530


Robert H. Cooper
The Cooper Law Firm
1610 Gowdeysville Road
Gaffney, SC 29340-6526

Cory S. Fein, Esq.
on behalf of Robert Mathewson
13105 Northwest Freeway, Ste 705
Houston TX 77040-6313

DASH COURIER SERVICE
PO BOX 11049
CHARLOTTE NC 28220-1049


DATA MEDIA ASSOCIATES LLC
PO BOX 1052
COLUMBUS GA 31902-1052

DIAZYME LABORATORIES
PO BOX 392165
PITTSBURGH PA 15251-9165

DIVERSIFIED MEDICAL HEALTHCARE, INC.
6000A PELHAM ROAD
GREENVILLE SC 29615-5845


DIVERSIFIED PROPERTIES 2, LLC
6000A PELHAM ROAD
GREENVILLE SC 29615-5845

DIVERSIFIED PROPERTY VENTURES, LLC
6000A PELHAM ROAD
GREENVILLE SC 29615-5845

DJO LLC
PO BOX 650777
DALLAS TX 75265-0777


DNA GENOTEK
3000 500 PALLADIUM DR
OTTAWA ON K2C 3H4

DPX LABS LLC
19 TECHNOLOGY CIRCLE
COLUMBIA SC 29203-9591

DRUG TESTING FOR LESS
1887 MCFARLAND PARKWAY
ALPHARETTA GA 30005-8341


DUFFY & YOUNG LLC
96 BROAD STREET
CHARLESTON SC 29401-2201

ECLINICALWORKS
PO BOX 847950
BOSTON MA 02284-7950

ELAN CREDIT SERVICES
PO BOX 790408
SAINT LOUIS MO 63179-0408

EMDS
PO BOX 679493
DALLAS TX 75267-9492

ENVIRONMENTAL SAFETY PROFESSIONALS
7419 KNIGHTDALE BLVD STE 115
KNIGHTDALE NC 27545-8825

EUROIMMUN US INC
1 BLOOMFIELD AVE
MOUNTAIN LAKES NJ 07046-1466

EVOQUA WATER TECHNOLOGIES LLC
4450 TOWNSHIP LINE ROAD
SKIPPACK PA 19474

EXPERIAN HEALTH INC
PO BOX 846133
LOS ANGELES CA 90084-6133

Experience Anatomy
4340 Taggart Creek Road, Ste D
Charlotte NC 28208-5403

FEDEX
PO BOX 371461
PITTSBURGH PA 15250-7461

FIRST CAROLINA HOLDINGS
CO ZACHERY WEAVER, ESQ.
GALLIVAN, WHITE & BOYD
55 BEATTIE PLACE, STE 1200
GREENVILLE SC 29601-2170

FIRST RELIANCE BANK
CO RAY YARBOROUGH, ESQ.
201 GRAHAM STREET
FLORENCE SC 29501-4314

FISHER HEALTHCARE
ATTN 001686
ATLANTA GA 30384-0001

First Reliant Bank, LLC
c/o Townes B. Johnson III
PO Box 9246
Greenville SC 29604-9246

GENESEE SCIENTIFIC CORP
900 VERNON WAY
EL CAJON CA 92020-1833

GREENVILLE COUNTY TAX ASSESSOR
301 UNIVERSITY RIDGE, STE 700
GREENVILLE SC 29601-3659

GREENVILLE MEDICAL SUPPLY
3025 WILDRIDGE
MASSILLON OH 44646-2460

GREENVILLE WATER SYSTEM
GREENVILLE WATER
PO BOX 687
GREENVILLE SC 29602-0687

GREINER BIO-ONE
4238 CAPITAL DRIVE
MONROE NC 28110-7681

GS1 US INC
DEPT 781271
DETROIT MI 48278-0001

Amber B. Glidewell
Cassidy Coates Price, P.A.
P.O. Box 10529
Greenville, SC 29603-0529

HERMES HEALTH SCIENCE LLC
C/O STEPHEN M. COX, ESQ.
PO DRAWER 12070
ROCK HILL SC 29731-2070

HILLARY MCGEE
148 GOLDEN POND DR
LEXINGTON SC 29073-7533

HOFFMAN MECHANICAL SOLUTIONS
PO BOX 77319
GREENSBORO NC 27417-7319

HUNTINGTON NATIONAL BANK
C/O JASON WYMAN, ESQ.
550 SOUTH MAIN STREET STE 400
GREENVILLE SC 29601-2541

HYCOR BIOMEDICAL
PO BOX 51899
LOS ANGELES CA 90051-6199

ILLUMINA INC
12864 COLLECTION CENTER DR
CHICAGO IL 60693-0001

INTEGRATED DNA TECHNOLOGIES
PO BOX 74007330
CHICAGO IL 60674-7330

INTEGRATED MICRO CHROMATOGRAPHY SYS
110 CENTRUM DR
IRMO SC 29063-9396

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA PA 19101-7346

INTUITIVE HEALTH LLC
104 AVALON COURT
CHAPIN SC 29036-7373

IPS
250 Executive Ctr Drive, Ste 201
Greenville SC 29615-4575

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

```
IVANTI                              Indiana Department of Revenue      (p)INDIANA DEPARTMENT OF REVENUE
DEPT 0352                           PO Box 7224                        ATTN BANKRUPTCY
DALLAS TX 75312-0001                Indianapolis IN 46207-7224         100 N SENATE AVE
                                                                       INDIANAPOLIS IN 46204-2253


JAMES CASSIDY                       JANT PHARMACAL CORP                JPMCB
C/O CASSIDY COATES ET AL            16530 VENTURA BLVD #512            MAILCODE LA4-7100
PO BOX 10529                        ENCINO CA 91436-5062               700 KANSAS LANE
GREENVILLE SC 29603-0529                                               MONROE LA 71203-4774


Townes B. Johnson III               John B. Kelchner                   Kudzu Staffing Inc
Townes B. Johnson III, LLC          Turner Padget Graham & Laney, P.A. PO Box 51627
PO Box 9246                         1901 Main Street                   Powdersville, SC 29673-2049
Greenville, SC 29604-9246           Ste 900
                                    Columbia, SC 29201-2457


LAB LOGISTICS LLC                   LABTECH DIAGNOSTICS                LEAF CAPITAL FUNDING, LLC
PO BOX 84938                        PO BOX 825893                      CO JACOB BARKER, ESQ.
CHICAGO IL 60689-4938               PHILADELPHIA PA 19182-5893         2721 DEVINE STREET
                                                                       COLUMBIA SC 29205-2411


LEAF Capital Funding, LLC           LEAF Capital Funding, LLC          LEGACY CAPITAL 26, LLC
c/o Aubrey Thrasher, LLC            c/o Aubrey Thrasher, LLC           290 HARBOR DRIVE
3050 Peachtree Road NW              3050 Peachtree Road NW             STAMFORD CT 06902-8700
Suite 240                           Suite 240
Atlanta, GA 30305-2212              Atlanta, GA 30305
                                    Atlanta, GA 30305-2212


LGC CLINICAL DIAGNOSTICS INC        LIFE TECHNOLOGIES CORP             LIGHTHOUSE LAB SERVICES
DEPT CH 16362                       12088 COLLECTION CENTER DR         1337 HUNDRED OAKS DR
PALATINE IL 60055-0001              CHICAGO IL 60693-0001              CHARLOTTE NC 28217-4060


LONGHORN VACCINES AND DIAGNOSTICS   LYNN PINK HURST & SCHWEGMANN       MARSHALL SCIENTIFIC
9110 BOOTHBAY COURT                 2100 ROSS AVE STE 2700             2 ARNOLD CIRCLE
WILMINGTON NC 28411-6839            DALLAS TX 75201-7919               CAMBRIDGE MA 02139-2213


MCKESSON MEDICAL SURGICAL           MEDCARE MSO                        MEDCHAIN SUPPLY
PO BOX 936279                       1000 CORDOVA PLACE STE 206         PO BOX 842818
ATLANTA GA 31193-6279               SANTA FE NM 87505-1725             BOSTON MA 02284


MEDICAL PRACTICE CONCEPTS           (p)MEDLINE INDUSTRIES INC          MEDWASTE SERVICES
330 JIMMY JOHNSTON ROAD             ATTN ANNE KISHA                    1682 KATY LANE
GREENEVILLE TN 37743-4051           ONE MEDLINE PL                     FORT MILL SC 29708-8974
                                    MUNDELEIN IL 60060-4486


MICROSOFT MSDN                      MISSISSIPPI BIOMEDICAL             MYHOMMELABS
PO BOX 848529                       201 NORTH LANE DRIVE               6366 COLLEGE BLVD
DALLAS TX 75284-8529                TUPELO MS 38801-4520               OVERLAND PARK KS 66211-1506
```

Ian D. McVey
Turner Padget Graham and Laney, P.A.
PO Box 1473
Columbia, SC 29202-1473

Mississippi Dept of Revenue
PO Box 23338
Jackson MS 39225-3338

Kevin Scott Murdock
118 James Street
Greenville, SC 29609-5334


NATIONAL JEWISH HEALTH- ADX
1400 JACKSON STREET M011
DENVER CO 80206-2762

NELSON MULLINS RILEY ET AL
PO BOX 11009
COLUMBIA SC 29211-1009

Nelson Mullins Riley et al
2 W. Washington Street Ste 400
Greenville SC 29601-4888


North Carolina Department of Revenue
Bankruptcy Unit
P.O. Box 1168
Raleigh, NC 27602-1168

North Carolina Dept of Revenue
PO Box 1168
Raleigh NC 27602-1168

ONGEN, INC.
6000A PELHAM ROAD
GREENVILLE SC 29615-5845


OPTIWISE
8964 RISING MIST WAY
ROSEVILLE CA 95747-7128

Stephanie Goddard Opet
South Carolina Attorney General's Office
1000 Assembly St
Columbia, SC 29201-3183

PANGEA LABORATORY
14762 BENTLEY CIRCLE
TUSTIN CA 92780-7226


PATIA EUROPE S.L.
SAN SEBASTIAN PR 00685

PAVEA LLC
2329 PORTER STREET NW
WASHINGTON DC 20008-1204

PEAK SCIENTIFIC
19 STERLING ROAD STE 1
NORTH BILLERICA MA 01862-2524


PEARL PATHWAYS
29 E MCCARTY ST STE 100
INDIANAPOLIS IN 46225-3326

PERKINELMER HEALTH SCIENCES INC
710 BRIDGEPORT AVE
SHELTON CT 06484-4708

PHENOMENEX
PO BOX 749397
LOS ANGELES CA 90074-9397


(p)PIEDMONT NATURAL GAS
525 S TRYON STREET
CHARLOTTE NC 28202-1839

PLUS INC
PO BOX 5643
GREENVILLE SC 29606-5643

PULSE CONSULTING
2400 VETERANS MEM BLVD 510
KENNER LA 70062-4729


QUEST DIAGNOSTICS ATL
PO BOX 74736
ATLANTA GA 30374

Quantum3 Group LLC as agent for
CF Medical LLC
PO Box 788
Kirkland, WA 98083-0788

RADLA CAPITAL, LLC
161-10A UNION STREET 2ND FLOOR
FLUSHING NY 11366


RAININ
PO BOX 13505
NEWARK NJ 07188-3505

RANDOX LABORTORIES US LTD
515 INDUSTRIAL BLVD
KEARNEYSVILLE WV 25430-2778

RANDY SKINNER, ESQ.
300 N. MAIN STREET, SUITE 201
GREENVILLE SC 29601-2159


REBECCA RITZ
7934 WNC 10 HWY
VALE NC 28168-9515

REGENCY FINANCE, LLC
111 PETTIGRU STREET
GREENVILLE SC 29601-3030

RMP Health Solutions
41 Countside Place
Little Rock AR 72210-5677

```
ROBERT THOMAS, ESQ              ROCHE DIAGNOSTICS CORP          Recovery of Judgment
CO SC DEPT OF REV               MAIL CODE 5508                  1407 Broadway, Fl 29
300A OUTLET POINTE BLVD         CHARLOTTE NC 28272              New York, NY 10018-2497
COLUMBIA SC 29210-5666


Regency Finance LLC             SC DEPT OF REVENUE              SC Department of Revenue
4113 E. North St.               PO BOX 12265                    300A Outlet Pointe Blvd
Greenville, SC 29615-2350       COLUMBIA SC 29211-2265          Columbia, SC 29210-5666


SCOTT ROBERTS                   SEGRA                           SELECT LABS SC
1111 S FORK DR                  PO BOX 631140                   PO BOX 13030
SEVIERVILLE TN 37862-2966       CINCINNATI OH 45263-1140        GREENSBORO NC 27415-3030


SENDGRID                        SETHI LABORATORIES LLC          SHRED AMERICA
1801 CALIFORNIA ST, STE 500     4101 ROSS AVE STE 100           1682 KATY LANE
DENVER CO 80202-2618            DALLAS TX 75204-5139            FORT MILL SC 29708-8974


SITELABS LLC                    SOUTHERN FIRST BANK             SPEAK STRATEGIC
10131 CLEMSON BLVD              CO AMBER GLIDEWELL, ESQ         PO BOX 1431
SENECA SC 29678-0818            PO BOX 10529                    JOHNS ISLAND SC 29457-1431
                                GREENVILLE SC 29603-0529


SPECTRUM BUSINESS               (p)STAPLES BUSINESS ADVANTAGE THOMAS RIGGLEMA   STRECK LABS
PO BOX 742614                   7 TECHNOLOGY CIRCLE             PO BOX 45625
CINCINNATI OH 45274-2614        COLUMBIA SC 29203-9591          OMAHA NE 68145-0625


Specialized Loan Servicing LLC  State of South Carolina, Office of the Attor   Synapse
Attn: Bankruptcy                VAMPF                           1511 6th Ave Suite 260
P.O. Box 630147                 1000 Assembly Street            Seattle WA 98101-3150
Littleton, CO 80163-0147        Columbia, SC 29201-3183


TECAN SP INC                    TECAN US                        TFORCE FREIGHT
PO BOX 846756                   PO BOX 602740                   PO BOX 650690
LOS ANGELES CA 90084-6756       CHARLOTTE NC 28260-2740         DALLAS TX 75265-0690


TIMOTHY HODGE                   TIS INTERNATIONAL USA INC       TOP FLIGHT STAFFING
CO WILLIAM SMITH, ESQ           PO BOX 7109                     PO BOX 51135
PO BOX 2048                     SAN FRANCISCO CA 94120-7109     PIEDMONT SC 29673-2135
GREENVILLE SC 29602-2048


TOX CREW INC                    TRANSLATIONAL SOFTWARE          TRI COUNTY RENTALS
9111 CROSS PARK DR              7683 S.E. 27TH STREET #352      5619 HWY153
KNOXVILLE TN 37923-4506         MERCER ISLAND WA 98040-2804     EASLEY SC 29640
```

| | | |
|---|---|---|
| The Goldsmith Company<br>451 Haywood Rd<br>Greenville SC 29607-4307 | US Trustee's Office<br>Strom Thurmond Federal Building<br>1835 Assembly St.<br>Suite 953<br>Columbia, SC 29201-2448 | Tucker Byrd, Esquire<br>180 N Park Ave<br>Winter Park FL 32789-7401 |
| U.S. Bank NA dba Elan Financial Services<br>Bankruptcy Department<br>PO Box 108<br>Saint Louis MO 63166-0108 | UPS<br>PO BOX 7247-0244<br>PHILADELPHIA PA 19170-0001 | United Healthcare<br>Attn: CDM/Bankruptcy<br>185 Asylum Street -03B<br>Hartford CT 06103-3408 |
| United States of America<br>c/o Beth C. Warren, Esq.<br>1441 Main Street, 5th Floor<br>Columbia SC 29201-2862 | VESSEL MEDICAL, INC.<br>6000A PELHAM ROAD<br>GREENVILLE SC 29615-5845 | VESSELL MEDICAL<br>6000 A PELHAM ROAD<br>GREENVILLE SC 29615-5845 |
| VOX FUNDING SPV1, LLC<br>14 E 44TH ST 4TH FLOOR<br>NEW YORK NY 10017-3632 | VWR INTERNTIONAL<br>PO BOX 640169<br>PITTSBURGH PA 15264-0169 | WOODRUFF CORPORATE ASSOCIATION INC<br>CO JAMES CALMES<br>512 E NORTH STREET<br>GREENVILLE SC 29601-3007 |
| Andrew Warner<br>DOJ-Civ<br>1100 L St NW<br>Washington, DC 20005-4035 | Zach Weaver<br>Weaver Law<br>21 Augusta Street<br>Greenville, SC 29601-3501 | Wells Fargo Bank NA<br>Attn: Bankruptcy<br>1 Home Campus Mac X2303-01a<br>3rd Floor<br>Des Moines, IA 50328-0001 |
| Jason D Wyman<br>Womble Bond Dickinson (US) LLP<br>550 South Main Street<br>Suite 400<br>Greenville, SC 29601-2541 | YOURGENE HEALTH<br>1680 MICHIGAN AVE<br>MIAMI BEACH FL 33139-2538 | ZEPTO METRIX/ANTYLIA<br>14957 COLLECTION CENTER DR<br>CHICAGO IL 60693-0149 |
| ZERION GROUP<br>PO BOX 940411<br>MAITLAND FL 32794-0411 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| BAEBIES INC<br>PO Box 14403<br>Durham, NC 27709 | CARDMEMBER SERVICES<br>PO BOX 790408<br>SAINT LOUIS MO 63179 | IRS MDP 39<br>1835 ASSEMBLY ST, RM 469<br>COLUMBIA SC 29201 |
| Indiana Department of Revenue<br>100 North Senate Avenue N-240 MS 108<br>Indianapolis, IN 46204 | MEDLINE INDUSTRIES INC<br>DEPT CH 14400<br>PALATINE IL 60055 | PIEDMONT NATURAL GAS<br>PO BOX 1246<br>CHARLOTTE NC 28201 |